DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN TYRELL BEACH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2173

[December 16, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 16-008653CF10A.

Kevin Tyrell Beach, North Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***